## BENJAMIN CLAPP *v.* ROSWELL GRAVES.

## HENRY B. CLAPP *v.* THE SAME.

Where the decision of this court, upon a question presented on an appeal from the judgment of an inferior court, is in direct conflict with a decision of the general term of the Supreme Court in this district, a proper case is shown for granting leave to appeal to the Court of Appeals.

MOTION for leave to appeal to the Court of Appeals. There were two actions commenced in the Marine Court, where the plaintiffs had judgment. The defendant appealed to this court, where the judgments were affirmed. The defendant now applied, under section 11 of the Code, for leave to appeal to the Court of Appeals. The question raised upon the appeal was, whether the Marine Court could acquire jurisdiction of an action against a non-resident defendant who was proceeded against by long summons? It appeared that at the trial, and after this objection had been taken and overruled, the defendant answered to the merits. In conformity with the previous decisions of this court on the same question, it was held that the defendant, by appearing and answering, waived any such defect or irregularity.

*John Winslow*, for the motion.

*Harrington & Grieff*, opposed.

PER CURIAM.—As the decisions of the general term of this court, in 1 E. D. Smith, 615, decided in December, 1852, and in *Lighter* v. *Haskins,* decided in November, 1849, are in direct conflict with a decision of the general term of the Supreme Court in *Robinson* v. *West,* (11 Barb. 309), decided in June, 1852, and overruling the decision of the general term of the Superior Court in same case, (1 Sandf. 19), we think that this is a proper case to go to the Court of Appeals.

Motion granted.